IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIAH N. BEALE,<br><br>Defendant. | Case No. 1:23-mj-__65__ |

## CRIMINAL INFORMATION

(Count One – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 13, 2023, on the George Washington Memorial Parkway, in the Eastern District of Virginia and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, DANIAH N. BEALE, did unlawfully carry about her person, hidden from common observation, a weapon designed and intended to propel a missile by action of an explosion of a combustible material, specifically: a black Glock 48 9-millimeter pistol.

(In violation of Title 18, United States Code, Section 13, assimilating
Virginia Code, Section 18.2-308(i).)

1

## FORFEITURE

1. The defendant, if convicted of the violation alleged in this information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

(Pursuant to Title 18, United States Code, Section 924(d);
and Title 28, United States Code, Section 2461(c).)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Chelsea R. Rooney
Digitally signed by Chelsea R. Rooney
Date: 2023.03.13 17:27:55 -04'00'

Chelsea R. Rooney
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to any attorneys of record for the defendant.

Chelsea R. Rooney
Digitally signed by Chelsea R. Rooney
Date: 2023.03.13 17:28:21 -04'00'

Chelsea R. Rooney
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3802
Fax: (703) 299-2584
Email: Chelsea.Rooney2@usdoj.gov